| | |
|---|---|
| 1 | KEVIN J. RYAN<br>United States Attorney |
| 2 | PETER D. KEISLER<br>Assistant Attorney General |
| 3 | Civil Division<br>BARRY J. PETTINATO |
| 4 | Senior Litigation Counsel<br>THERESA M. HEALY |
| 5 | Attorney-California Bar No. 171566<br>Office of Immigration Litigation |
| 6 | United States Department of Justice<br>c/o: Department of Homeland Security |
| 7 | Immigration and Customs Enforcement<br>Office of the Chief Counsel |
| 8 | 606 South Olive Street, Suite 800<br>Los Angeles, CA 90014 |
| 9 | Telephone: (213) 894-8628<br>Facsimile: (213) 894-2648 |
| 10 | |
| 11 | Attorneys for Plaintiff<br>United States of America |

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. C-06-1072 CW |
|---|---|
|                        PLAINTIFF, | )<br>) |
|                             V. | ) CONSENT JUDGMENT<br>) REVOKING NATURALIZATION;<br>)<br>) AND ORDER THEREON |
| GABRIEL BESSONG, | )<br>) |
|                        DEFENDANT. | )<br>) |

    On April 21, 1999, Gabriel Bessong ("Bessong" or "Defendant") became a naturalized citizen of the United States and received Certificate of Naturalization No. 24205598. Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because he illegally procured his

Page 1

naturalization and because it was procured by concealment of material facts and willful misrepresentations.  <u>See</u> Counts I-III of the Complaint.  The United States of America ("Plaintiff") has filed a Complaint pursuant to 8 U.S.C. § 1451(a) seeking to revoke the order admitting Defendant to United States citizenship and to cancel his certificate of naturalization.

Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because he illegally procured his naturalization because he was on probation at the time his application was approved.  <u>See</u> Count I of the Complaint.

Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because, for the purpose of obtaining an immigration benefit, he procured his naturalization illegally by providing false testimony, under oath, during his June 2, 1997 naturalization interview in which he testified that his only arrest occurred in 1996 on a warrant for an outstanding traffic ticket.  <u>See</u> Count II of the Complaint.

Finally, Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a)because he procured his naturalization by willful misrepresentation and concealment of facts material to his eligibility for naturalization. Specifically, during the naturalization application process, Defendant concealed and misrepresented his arrest and

Page 2

conviction in 1997 for grand theft, his sentence to three years of probation for grand theft, his 1998 arrest and charges for forgery and grand theft, knowing that his misrepresentations and concealment were false and misleading.  See Count III of the Complaint.

    Defendant has read the Complaint and its supporting Affidavit of Good Cause and concedes that his naturalization was procured illegally and by willful misrepresentation of material facts as alleged in Counts I, II, and III of the Complaint.  The parties have entered into a Settlement Agreement regarding this matter, which is attached as

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Page 3

Exhibit A. Defendant consents to the entry of a Consent Judgment revoking his citizenship.

Approved as to form and substance:

Dated:_____       KEVIN V. RYAN
                            United States Attorney
                            PETER D. KEISLER
                            Assistant Attorney General
                            Civil Division
                            BARRY J. PETINATO
                            Senior Litigation Counsel

                            _____/s/_____
                            THERESA M. HEALY
                            Attorney
                            300 North Los Angeles Street
                            Room 8108
                            Los Angeles, California 90012
                            Telephone: (213) 894-8628


                            Attorneys for Plaintiff
                            United States of America

FOR DEFENDANT:

Dated: _____
                            _____/s/_____
                            CHRISTOPHER C. HALL
                            Attorney

                            _____/s/_____
                            FRANK A. D'ALFONSI
                            Attorney
                            333 West Portal Avenue, Suite B
                            San Francisco, California 94127


Dated:_____    _____/s/_____
                       GABRIEL BESSONG
                       DEFENDANT

Page 4

## ORDER

**THEREFORE,** pursuant to the Settlement Agreement, **IT IS HEREBY ORDERED**: 1.  That the April 21, 1999 naturalization order of the Attorney General of the United States admitting defendant to United States citizenship is **REVOKED** and **SET ASIDE** and Certificate of Naturalization No. 24205598, issued by the Attorney General of the United States, is **CANCELLED**.

2.   From the date of this Order, Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, or advantages under any document that evidences United any indicia of United States citizenship obtained as result of Defendant's April 21, 1999 naturalization.

3. Defendant shall immediately **SURRENDER** and **DELIVER** his Certificate of Naturalization, any copies thereof in his possession, and any other indicia of United States citizenship to the Attorney General of the United States, or his representative.

DATED: 2/24/06                     *Claudia Wilken*
                           _____
                             U.S. DISTRICT COURT JUDGE