1   KEVIN J. RYAN
    United States Attorney
2   PETER D. KEISLER
    Assistant Attorney General
3   Civil Division
    BARRY J. PETTINATO
4   Senior Litigation Counsel
    THERESA M. HEALY
5   Attorney-California Bar No. 171566
    Office of Immigration Litigation
6   United States Department of Justice
    c/o: Department of Homeland Security
7   Immigration and Customs Enforcement
    Office of the Chief Counsel
8   606 South Olive Street, Suite 800
    Los Angeles, CA 90014
9   Telephone: (213) 894-8628
    Facsimile: (213) 894-2648
10
    Attorneys for Plaintiff
11  United States of America

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15  UNITED STATES OF AMERICA,      )  No.  C-06-1072 CW
                                   )
16                  PLAINTIFF,     )
                                   )
17                                 )  CONSENT JUDGMENT
                                   )  REVOKING NATURALIZATION;
18              V.                 )
                                   )  AND ORDER THEREON
19                                 )
    GABRIEL BESSONG,               )
20                                 )
                    DEFENDANT.     )
21                                 )
    _____)

22

23       On April 21, 1999, Gabriel Bessong ("Bessong" or

24  "Defendant") became a naturalized citizen of the United

25  States and received Certificate of Naturalization No.

26  24205598.  Defendant is subject to denaturalization pursuant

27  to 8 U.S.C. § 1451(a) because he illegally procured his

28

    Page 1

naturalization and because it was procured by concealment of material facts and willful misrepresentations.  See Counts I-III of the Complaint.   The United States of America ("Plaintiff") has filed a Complaint pursuant to 8 U.S.C. § 1451(a) seeking to revoke the order admitting Defendant to United States citizenship and to cancel his certificate of naturalization.

Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because he illegally procured his naturalization because he was on probation at the time his application was approved.  See Count I of the Complaint.

Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a) because, for the purpose of obtaining an immigration benefit, he procured his naturalization illegally by providing false testimony, under oath, during his June 2, 1997 naturalization interview in which he testified that his only arrest occurred in 1996 on a warrant for an outstanding traffic ticket.  See Count II of the Complaint.

Finally, Defendant is subject to denaturalization pursuant to 8 U.S.C. § 1451(a)because he procured his naturalization by willful misrepresentation and concealment of facts material to his eligibility for naturalization. Specifically, during the naturalization application process, Defendant concealed and misrepresented his arrest and

Page 2

1   conviction in 1997 for grand theft, his sentence to three

2   years of probation for grand theft, his 1998 arrest and

3   charges for forgery and grand theft, knowing that his

4   misrepresentations and concealment were false and

5   misleading.   See Count III of the Complaint.

6           Defendant has read the Complaint and its supporting

7   Affidavit of Good Cause and concedes that his naturalization

8   was procured illegally and by willful misrepresentation of

9   material facts as alleged in Counts I, II, and III of the

10  Complaint.   The parties have entered into a Settlement

11  Agreement regarding this matter, which is attached as

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Page 3

1   Exhibit A.  Defendant consents to the entry of a Consent

2   Judgment revoking his citizenship.

3

4

    Approved as to form and substance:

5

6   Dated:_____         KEVIN V. RYAN
                                   United States Attorney
7                                  PETER D. KEISLER
                                   Assistant Attorney General
8                                  Civil Division
                                   BARRY J. PETINATO
9                                  Senior Litigation Counsel

10

    _____/s/_____
11  THERESA M. HEALY
    Attorney
12  300 North Los Angeles Street
    Room 8108
13  Los Angeles, California 90012
    Telephone: (213) 894-8628
14

15

    Attorneys for Plaintiff
16  United States of America

17  FOR DEFENDANT:

18  Dated: _____

    _____/s/_____
19  CHRISTOPHER C. HALL
    Attorney
20

    _____/s/_____
21  FRANK A. D'ALFONSI
    Attorney
22  333 West Portal Avenue, Suite B
23  San Francisco, California 94127

24

25  Dated:_____        _____/s/_____
    GABRIEL BESSONG
26  DEFENDANT

27

28

    Page 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**THEREFORE,** pursuant to the Settlement Agreement, **IT IS**

**HEREBY ORDERED**: 1.  That the April 21, 1999 naturalization

order of the Attorney General of the United States admitting

defendant to United States citizenship is **REVOKED** and **SET**

**ASIDE** and Certificate of Naturalization No. 24205598, issued

by the Attorney General of the United States, is **CANCELLED**.

2.  From the date of this Order, Defendant is forever

**RESTRAINED** and **ENJOINED** from claiming any rights,privileges,

or advantages under any document that evidences United any

indicia of United States citizenship obtained as result of

Defendant's April 21, 1999 naturalization.

3. Defendant shall immediately **SURRENDER** and **DELIVER**

his Certificate of Naturalization, any copies thereof in his

possession, and any other indicia of United States

citizenship to the Attorney General of the United States, or

his representative.

DATED: 2/24/06

_____

U.S. DISTRICT COURT JUDGE

Page 5